UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:  Marciano S. Alvarez, Jr.                                    Case no. 10-72882-SCS
        Agnes S. Alvarez                                            Chapter 7

        Debtors.

### REPORT OF DEPOSIT OF SMALL DIVIDENDS/UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| American Infosource Lp As Agent for World Financial Capital Bank PO Box 248872 Oklahoma City, Ok. 73124-8872 | $4.61 |
| Verizon Wireless PO Box 3397 Bloomington, IL 61702 | $2.35 |
| TOTAL | $6.96 |

Dated: April 28, 2011

Carolyn L. Camardo, Trustee
VSB #23814
258 N. Witchduck Road, Suite C
Virginia Beach, VA 23462
(757) 490-2200

Printed: 04/28/11 10:50 AM

Page: 1

# Claims Distribution Small Checks

**Trustee: CAROLYN L. CAMARDO (660050)**

Case: 10-72882 - ALVAREZ, MARCIANO S, JR.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920083364917661 | 110 | 04/28/11 | | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $6.96 |
| | | | 2 | 10/21/10 | 610 | American Infosource Lp As Agent for Wfcb | 224.11 | 224.11 | 4.61 | 4.61 |
| | | | 16 | 12/28/10 | 610 | Verizon Wireless | 114.14 | 114.14 | 2.35 | 2.35 |

(*) Denotes objection to Amount Filed

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was served via the ECF System, this 29th day of April, 2011 to:

Office of the US Trustee*
Room 625, Federal Building
200 Granby Street
Norfolk, VA  23510
[USTPRegion04.NO.ECF@usdoj.gov]

*(signature)*
Carolyn L. Camardo, Trustee